**Benjamin J. JACKSON, III,
Plaintiff—Appellant,**

v.

**H. Wayne DEWITT; Mr. McElvogue; Sgt. Sheets; Pfc Menzie; Pfc Sports; Sgt. Jacumin, Defendants—Appellees,**

and

**Hill–Finklea Berkley County Detention Center; Mrs. McElvogue, Defendants.**

No. 12–6259.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 7, 2012.

Decided: May 18, 2012.

Benjamin J. Jackson, III, Appellant Pro Se. Robin Lilley Jackson, Senn, McDonald & Leinback, LLC, Charleston, South Carolina, for Appellees.

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin J. Jackson, III, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Jackson v. Dewitt*, No. 6:10–cv–03128–RMG, 2012 WL 71017 (D.S.C. Jan. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Danny Lee Peoples appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Peoples*, No. 7:07–cr–00084–JCT–3 (W.D.Va. Dec. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We note that Jackson waived appellate review for most of his claims by failing to make specific objections to the magistrate judge's report and recommendation except for those claims concerning his blood pressure medication and receiving spider bites. *See Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 155, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).